1
2
3
4                                             JS-6
5
6
7
8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11   BENJAMIN ADAM MA,                 Case No.  CV-16-07970-CJC (KES)

12                    Petitioner,
                                       **JUDGMENT**
13         v.

14   W.L. MONTGOMERY, Warden,

15                    Respondent.

16

17        Pursuant to the Court's Order Accepting Findings and Recommendations of

18   the United States Magistrate Judge,

19        IT IS ADJUDGED that the Petition is dismissed with prejudice.

20

21   DATED:  January 13, 2017

22

23                                    _____

24                                    CORMAC J. CARNEY
                                      UNITED STATES DISTRICT JUDGE
25

26

27

28